## DIEBOLD SAFE & LOCK CO v FULTON

Ohio Appeals, 5th Dist, Stark Co

Decided Feb 1, 1934

Herbruck, Shetler, Melchior & Roach, Canton, for appellant.

Black, McCuskey, Ruff & Souers, Canton, for appellee.

For full opinion see 3 OO 373; 49 Oh Ap 516.

## MOUGEY v BECKER

Ohio Appeals, 1st Dist, Hamilton Co

Decided Feb 11, 1935

Nichols, Morrill, Wood, Marx & Ginter, Cincinnati, for plaintiff in error.

Kunkel & Kunkel, Cincinnati, for defendant in error.

For full opinion see 3 OO 376; 49 Oh Ap 521.